Elizabeth A. Curran, Plaintiff-Appellant, v. Harris Trust and Savings Bank, Defendant.

Harris Trust and Savings Bank, Counter-Plaintiff, v. Elizabeth A. Curran, Thomas D. Nash, Jr., Administrator de Bonis Non with the Will Annexed of the Estate of Helen Carlin, deceased, Louise McGough, Margaret Mahan, Counter-Defendants.

Gen. No. 46,952.

First District, First Division.

April 29, 1957.

Rehearing denied May 20, 1957.

Released for publication May 21, 1957.

George B. Craven and Eugene P. Meegan for appellant; Clark & Fisher (William E. Moran, of counsel) for appellee. Opinion by JUDGE FRIEND. Not to be published in full.